# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED IN CLERK'S OFFICE
SEP 16 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Fredrick D Gross Jr )
_____ )
_____ )

**PLAINTIFF(S)**

vs. Metropolitan Government of Nashville Davidson county sheriffs office, Det. Curtis Hatley, Metropolitan police East Precinct, Jerry Conley, Cheldra Conley, Fox 17 News, New Channel 2, 4, 5 Fack It News paper

**DEFENDANT(S)**

CIVIL ACTION NO._____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
## 42 U.S.C. §1983

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes___ NO ✓

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit
      Plaintiffs: _____
      _____

Defendants: _____

_____

2. Court (if federal court, name the district, if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of present confinement** Davidson County Sheriffs office CJC

A. Is there a prisoner grievance procedure in this institution? YES ✓  NO ____

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ____ NO ✓

C. If your answer is Yes:

1. What steps did you take?: _____

2. What was the result? _____

D. If your answer is No, explain why not: Nothing to do with the facility other than me being Falsely imprisoned, Kidnapped

III. **Parties**

(In Item B below, place the full name of the defendant in the blank marked B his official position and place of employment. In Item A, place your full name and address. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff Fredrick D Gross JR
Address 625 Gibson Dr Apt A 57115 Madison TN

2

B. Defendant Face it Newspaper is employed as Editors Journalists at Dotson, Inc Nashville, TN

C. Additional Defendants: Metropolitan of Nashville Davidson County Sheriffs Office, Dect Curtis Hafley, Jerry Conley, Cheldrana Conley, Fox News 17 New Channel 2,4,5 Metropolitan of Nashville Desi. Preacht

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

I am A pre-Traial Detainee Being held At Davidson County's Sheriffs Office, on 6/14/2011 I was Detained on Sealed indictment for (2) 1st Degree premeditated Muder charges. Det Curtis Hafley, Jerry Conley are the one took out warrants. Deifamation of Character, Slander, Embarassment, falsely accused, Mis use of criminal background, Personal Humilation Mental Aaguish, Stress, Emotional Stress, Advocatedly. Media New Channels, Fox 17, 2,4,5 May 8th 2011 Falsely Accused By Jerry Conley and Cheldriana Conley, also Det Curtis Hafley out of east precinct and kidnapped, and Falsley imprisoned for my Familes

3

Suffering, pain, stress, and emotional distraught, Embarrassment, and Mental anguish due to false accusations, bad detective work I've feel the same as my Family!

V. **Relief sought:**

1. Compensatees for personal Humilation Embarrassment, Defamation of character Slander, Mental Anguish, Kidnapping, Falsely Imprison

2. Compensated #4,000,000 to get my life on track with my background.

3. Compensated by all media Detectives, DCSO, Jerry -3- Cheldriang Carley, My freedom.

4. _____

5. _____

_____ I

(We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this __1__ day of __Sept__, 20__11__

_Fredrick D. Gross Jr_

Signature(s) of Plaintiff(s)

4

Fredrick D. Gross JR # 379724
DCSO
P.O. Box 196383
Nashville, TN 37219


Metro Legal Mail

RECEIVED
IN CLERK'S OFFICE
SEP 16 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

United States District Court for
the Middle District of Tennessee
801 Broadway, Suite 800
Nashville, TN, 37203

Sent from a correctional institution.
Inmate is responsible for contents.