UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FREDERICK D. GROSS, JR. | ) | |
|     Plaintiff, | ) | Case No. 3:11-cv-0883 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE | ) | |
| | ) | |
|     Defendant. | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 23, 2011.


    KEITH THROCKMORTON, CLERK

    s/   Hannah Blaney